Motion of Winsor Realty Co. to intervene granted. Paolino and Joslin, JJ., not participating. *Pat Nero,* for Winsor Realty Co., Intervenor. *Peter Palombo, Jr.,* for defendants.

C. A. No. 73-52. STATE *v.* DAVID PHILIP OLSEN. Motion of defendant to assign for argument denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Edward E. Dillon, Jr.,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

C. A. No. 73-70. STATE *v.* ELBERT V. BOWDEN, JR. Motion of defendant for release pending appeal denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Alfred Paul Farese,* Everett, Mass., *Bevilacqua & Cicilline, John Cicilline,* for defendant.

July 24, 1973.

M. P. No. 73-173. JOHN LATINA *v.* VERA BURDICK. Petition for writ of certiorari granted. Joslin, J., not participating. *Aram K. Berberian,* for petitioner. *Richard Jessup, Jr.,* for respondent.

M. P. No. 73-193. THOMAS A. MCCORMICK *et al. v.* ANTHONY P. TRAVISONO *et al.* Stay of Superior Court granted on July 20, 1973 to continue in effect until further order of court. Petition for writ of certiorari assigned to calendar of August 7, 1973 for oral argument. Joslin, J., not participating. *William Reilly,* Public Defender, for petitioners. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondents.

EX. No. 997. STATE *ex rel.* CLINTON E. SALISBURY *v.* JAMES R. CAVANAUGH. Motion of state is granted, and papers remanded to the District Court for further proceedings. Joslin, J., not participating. *Aram K. Berberian,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.